**No. 48396.**—Protest 837674–G of Butler Bros. (Seattle).

Opinion by LAWRENCE, J. It was conclusively established that the involved metal figures and attached chains are similar to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20), which record was incorporated herein. In accordance therewith the figures and chains in question were held

dutiable as silver-plated household utensils at 50 percent under paragraph 339 as claimed. The protest was overruled in all other respects.

---

ERRATA

In volume 8, United States Customs Court Reports, the following changes should be made:

Abstract 46819, page 440. The opinion should read as follows:

Opinion by KINCHELOE, J. In view of the holding in *Riley* v. *United States* (8 Ct. Cust. Appls. 116, T. D. 37225), which was recently called to the court's attention, wherein certain woven woolen spreads used to cover the legs and body in automobiles, on couches, or in carriages were held not dutiable as blankets, the merchandise in question was held dutiable as manufactures of cotton, not specially provided for, at 40 percent under pragraph 923 as claimed.

Abstract 47149, page 511. In the opinion, next to last line, the citation "(T. D. 41784)" should read "(15 Ct. Cust. Appls. 94, T. D. 42183)."